UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LOGAN ANDERSON,<br><br>          Plaintiff,<br><br>     v.<br><br>MANDANA POUR, et al.,<br><br>          Defendants. | Case No. 5:14-cv-01759-PSG<br><br>**ORDER RE: REQUEST TO CERTIFY**<br><br>**(Re: Docket No. 36)** |

On December 4, 2014, Defendant Reindeer Logistics, Inc. filed a request to certify an issue previously dismissed by this court for appeal pursuant to 28 U.S.C. § 1292(b). The court would like further briefing on this issue and thus orders Plaintiff Logan Anderson to file any opposition not to exceed five pages within 7 days of this order.

**SO ORDERED.**

Dated: December 18, 2014

                                    _____
                                    PAUL S. GREWAL
                                    United States Magistrate Judge