AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

### Northern District of California

LOGAN ANDERSON, an individual,

                      Plaintiff (s),

      V.

MANDANA POUR, an individual (d.b.a. QUALITY AUTO TRANSPORT); REINDEER LOGISTICS, INC. (a.k.a. Reindeer Auto Relocation), an Indiana company; BRISTOL GLOBAL MOBILITY, LLC, an Arizona company; and DOES 1-5, inclusive,

                      Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 5:14-cv-01759-BLF

Notice is hereby given that, subject to approval by the court, Reindeer Logistics, Inc. aka Reindeer Auto Relocation substitutes
(Party (s) Name)

David W. Evans of Haight Brown & Bonesteel LLP, State Bar No. 79466 as counsel of record in
(Name of New Attorney)

place of Gregg S. Garfinkel and Allen Gabriel Haroutounian of Nemecek & Cole.
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

    Firm Name:    Haight Brown & Bonesteel LLP

    Address:    Three Embarcadero Center, Suite 200, San Francisco, CA 94111

    Telephone:    (415) 546-7500    Facsimile (415) 546-7505

    E-Mail (Optional):    devans@hbblaw.com

I consent to the above substitution.

Date: December 10, 2014

I consent to being substituted.

Date: 12/11/14

I consent to the above substitution.

Date: December 10, 2014

Reindeer Logistics, Inc. aka Reindeer Auto Relocation

_(Signature of Party (s))_
James Reichert of Reindeer Logistics, Inc.
Nemecek & Cole

_(Signature of Former Attorney (s))_
Gregg S. Garfinkel; Allen Gabriel Haroutounian

_(Signature of New Attorney)_
David W. Evans of Haight Brown & Bonesteel LLP

The substitution of attorney is hereby approved and so ORDERED.

Date: 1/13/2015

_____
Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]

American LegalNet, Inc.
www.FormsWorkflow.com