AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

### Northern District of California

LOGAN ANDERSON, an individual,

                 Plaintiff (s),

     V.

MANDANA POUR, an individual (d.b.a. QUALITY AUTO
TRANSPORT); REINDEER LOGISTICS, INC. (a.k.a.
Reindeer Auto Relocation), an Indiana company; BRISTOL
GLOBAL MOBILITY, LLC, an Arizona company; and DOES
1-5, inclusive,

               Defendant (s),

**CONSENT ORDER GRANTING
SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 5:14-cv-01759-BLF

Notice is hereby given that, subject to approval by the court, Reindeer Logistics, Inc. aka Reindeer Auto Relocation (Party (s) Name) substitutes

Stephen J. Squillario of Haight Brown & Bonesteel LLP (Name of New Attorney), State Bar No. 257781 as counsel of record in

place of Gregg S. Garfinkel and Allen Gabriel Haroutounian of Nemecek & Cole. (Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

| | |
|---|---|
| Firm Name: | Haight Brown & Bonesteel LLP |
| Address: | Three Embarcadero Center, Suite 200, San Francisco, CA 94111 |
| Telephone: | (415) 546-7500    Facsimile (415) 546-7505 |
| E-Mail (Optional): | ssquillario@hbblaw.com |

I consent to the above substitution.

Date: December 10, 2014

I consent to being substituted.

Date: 12/11/14

I consent to the above substitution.

Date: December 10, 2014

Reindeer Logistics, Inc. aka Reindeer Auto Relocation

               (Signature of Party (s))

James Reichert of Reindeer Logistics, Inc.
Nemecek & Cole

               (Signature of Former Attorney (s))

Gregg S. Garfinkel; Allen Gabriel Haroutounian

               (Signature of New Attorney)

Stephen Squillario of Haight Brown & Bonesteel LLP

The substitution of attorney is hereby approved and so ORDERED.

Date: 1/13/2015

               Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]

American LegalNet, Inc.
www.FormsWorkflow.com