UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LOGAN ANDERSON,<br><br>                Plaintiff,<br>    v.<br><br>MANDANA POUR, et al.,<br><br>                Defendants. | Case No. 5:14-cv-01759-PSG<br><br>**CASE SCHEDULING ORDER**<br><br>**(Re: Docket No. 52)** |

Based on the parties' joint case management statement and the case management conference on January 13, 2015,[1]

IT IS ORDERED that the presumptive limits on discovery set forth in the Federal Rules of Civil Procedure shall apply to this case.

IT IS FURTHER ORDERED that the deadline for joinder of any additional parties, or other amendments to the pleadings, is 60 days after entry of this order.

IT IS FURTHER ORDERED that the parties participate in mediation with a panel mediator. The parties shall contact the ADR Unit to make the necessary arrangements within 14 days.

---

[1] *See* Docket No. 53.

Case No. 5:14-cv-01759-PSG
CASE SCHEDULING ORDER

1

IT IS FURTHER ORDERED that the following schedule and deadlines shall apply to this case:

| | |
|---|---|
| Fact Discovery Cut-Off | September 30, 2015 |
| Designation of Experts | October 16, 2015 |
| Hearing on Dispositive Motions | November 3, 2015 at 10:00 AM |
| Pre-Trial Conference | November 17, 2015 at 10:00 AM |
| Jury Trial | December 14, 2015 at 9:30 AM |

**SO ORDERED.**

Dated: January 15, 2015

_____
PAUL S. GREWAL
United States Magistrate Judge