1 AARON DAWSON (283990)
2 300 Lakeside Dr., Suite 403
  Oakland, CA 94612
3 Telephone:  (415) 534-5346
  Fax: (888) 301-5076
4 adawson@alectolaw.biz

5 Attorney for Plaintiff
6 Logan Anderson

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT
# SAN JOSE, CALIFORNIA

| | |
|---|---|
| LOGAN ANDERSON, an individual, | Case No.: 5:14-cv-1759-PSG |
| Plaintiff, | |
| v. | [~~PROPOSED~~] ORDER DISMISSING COMPLAINT AND RECOMMENDING THAT DEFAULT JUDGMENT BE SET ASIDE |
| MANDANA POUR, an individual (d.b.a. QUALITY AUTO TRANSPORT); REINDEER LOGISTICS, INC. (a.k.a. Reindeer Auto Relocation), an Indiana company; BRISTOL GLOBAL MOBILITY, LLC, an Arizona company; and DOES 1-5, inclusive, | Magistrate Judge: Paul Singh Grewal
Courtroom: 5, 4th floor

Action Filed: April 16, 2014 |
| Respondents. | |

   This matter came before the Court on Plaintiff's Request for Dismissal of Entire Action with Prejudice, under Rule 41(a)(2) of the Federal Rules of Civil Procedure. After having considered the Plaintiff's Acknowledgement of Satisfaction of the default judgment entered against Defendant Mandana Pour, the Stipulation of the Parties Re:

[~~PROPOSED~~] ORDER
1

Voluntary Dismissal of Defendant Reindeer Logistics, Inc., and Plaintiff's Request for Dismissal of Entire Action with Prejudice, the Court finds that the dismissal should be granted.

THEREFORE, IT IS ADJUDGED that:

I.

The undersigned recommends that default judgment entered against Defendant Mandana Pour has been satisfied and shall be set aside. The case shall be reassigned to Judge Beth Freeman, who previously entered default judgment against Pour, to consider the same.

II.

Plaintiff and Defendant Reindeer Logistics, Inc. have stipulated to a dismissal of Defendant Reindeer.

III.

The above captioned case is hereby dismissed with prejudice, each party to bear its own costs.

Dated: May 14, 2015

*Paul S. Grewal* (signature)
Paul S. Grewal
U.S. Magistrate Judge

[~~PROPOSED~~] ORDER

2